# MorrisonCohen LLP

Richard Hong
Partner
(212) 735-8856
rhong@morrisoncohen.com

June 1, 2023

**VIA EMAIL**

The Honorable Katherine H. Parker
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Application granted
> Katherine H Parker
> USMJ    6/1/2023

Re: *United States v. Nadim Ahmed*, No. 23-MAG-563 (SDNY)

Dear Judge Parker:

We represent Defendant Nadim Ahmed in the above-referenced matter.

We write to respectfully request Court approval of a change in the conditions of release regarding travel. Currently, Mr. Ahmed's bond restricts his travel within the Southern and Eastern Districts of New York. Mr. Ahmed would like to travel outside the two districts, for personal travel to New Orleans, Louisiana, from June 23, 2023 to June 28, 2023. Mr. Ahmed plans to fly there from the New York area.

We have advised the Government and the Pretrial Services of this request. There are no objections to this request.

Mr. Ahmed has complied with all the terms of his conditions of release to date.

Accordingly, we respectfully request that the conditions of release be modified as set forth above.

Respectfully submitted,

/s/ *Richard Hong*

Richard Hong

cc: AUSA Samuel Raymond, USAO SDNY
AUSA Vladislav Vainberg, USAO SDNY
Pretrial Services