**Morrison Cohen**

Richard Hong
Partner
(212) 735-8856
rhong@morrisoncohen.com

December 6, 2023

**VIA EMAIL**

The Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> This request is GRANTED. SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> Jennifer E. Willis
> United States Magistrate Judge
>
> December 7, 2023

Re: *United States v. Nadim Ahmed*, No. 23-MAG-563 (SDNY)

Dear Judge Willis:

We represent Defendant Nadim Ahmed in the above-referenced matter.

We write to respectfully request Court approval of a change in the conditions of release regarding travel. Currently, Mr. Ahmed's bond restricts his travel within the Southern and Eastern Districts of New York. Mr. Ahmed would like to travel outside the two districts, for personal travel to Southern California (Riverside County) from December 14, 2023 to December 18, 2023. Mr. Ahmed plans to fly there from the New York area.

We have advised the Government and the Pretrial Services of this request. There are no objections to this request.

Mr. Ahmed has complied with all the terms of his conditions of release to date.

Accordingly, we respectfully request that the conditions of release be modified as set forth above.

Respectfully submitted,

Richard Hong

cc: AUSA Samuel Raymond, USAO SDNY
AUSA Vladislav Vainberg, USAO SDNY
Pretrial Services