```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :   Affirmation in Support
                                    :   of Application for
         - v. -                     :   Order of Continuance
                                    :
NADIM AHMED,                        :   23 Mag. 563
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - - x
```

  Samuel Raymond, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

  1. I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York.  I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).  This is the seventh order of continuance that has been sought.

  2. The defendant was charged in a complaint dated January 23, 2023, with violations of Title 18, United States Code, Sections 2314, and 2.  The defendant was arrested on January 25, 2023, and was presented on the same day, before the Honorable Sarah L. Cave, and released on bail.

  3. Defense counsel and the Government are engaged in discussions concerning a possible disposition of this case.  The

negotiations have not been completed and we plan to continue our discussions.

4. Therefore, the Government is requesting a 30-day continuance, until January 5, 2024, to continue the foregoing discussions and reach a disposition of this matter. I have personally communicated with defense counsel and he specifically consented to this request.

5. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

Dated:   New York, New York
         December 6, 2023

/s Samuel Raymond
Samuel Raymond / Vladislav Vainberg
Assistant United States Attorneys
Southern District of New York
212-637-6519 / 1029