```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :    ORDER OF CONTINUANCE
                                    :
       - v. -                       :
                                    :    23 Mag. 563
NADIM AHMED,                        :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America and the affirmation of Vladislav Vainberg, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of Title 18, United States Code, Sections 2314, and 2, and was arrested on January 25, 2023;

It is further found that the defendant was presented on January 25, 2023 before the Honorable Sarah L. Cave in the Southern District of New York, and released on bail;

It is further found that Richard Hong, Esq., counsel for defendant, and Assistant United States Attorneys Vladislav Vainberg and Samuel Raymond have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant,

through counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted from October 7, 2024 until November 6, 2024.

Dated: New York, New York
       October _3_, 2024

_____
THE HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK