**Morrison Cohen**

Richard Hong
Partner
(212) 735-8856
rhong@morrisoncohen.com

January 14, 2025

VIA EMAIL (presentments@nysd.uscourts.gov)

The Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *United States v. Nadim Ahmed*, No. 23-MAG-563 (SDNY)

Dear Judge Stein:

　　　We represent Defendant Nadim Ahmed in the above-referenced matter.

　　　We write to respectfully request Court approval of a change in the conditions of release regarding travel. Currently, Mr. Ahmed's bond restricts his travel within the Southern and Eastern Districts of New York. Mr. Ahmed would like to travel outside the two districts, for personal travel to New Orleans, Louisiana from January 24, 2025 through January 26, 2025. Mr. Ahmed plans to fly there from the New York area (JFK).

　　　We have advised the Government and the Pretrial Services of this request. They do not object to this request.

　　　Mr. Ahmed has complied with all the terms of his conditions of release to date. Accordingly, we respectfully request that the conditions of release be modified as set forth above.

*Application approved 1/15/25*

*Gary Stein*

*HON. GARY STEIN, U.S.M.J.*

Respectfully submitted,

/s/ *Richard Hong*

Richard Hong

cc:    AUSA Vladislav Vainberg, USAO SDNY
　　　Robert Stehle, Pretrial Services