AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-mj-00563 |
| Nadim Ahmed | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nadim Ahmed.

Date: 06/27/2025

/s/Genny Ngai
*Attorney's signature*

Genny Ngai (GN4149)
*Printed name and bar number*
Morrison Cohen LLP
909 Third Avenue, Fl. 27
New York, New York 10022

*Address*

gngai@morrisoncohen.com
*E-mail address*

(212) 735-8849
*Telephone number*

*FAX number*