UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA            :       **PROPOSED BAIL ORDER**
:
            - v. -                  :
:                   23 Mag. 563
NADIM AHMED,                        :
:
            Defendant.              :
:
- - - - - - - - - - - - - - - - - - x

Upon the joint application of the United States of America and the defendant, and in light of the parties' entry into a Deferred Prosecution Agreement, the defendant's bail conditions shall be modified as follows:

1. The property located at 6 Grace Drive, Old Westbury, NY 11568 shall be removed as security on the bond. Defendant is permitted to refinance the property.

2. Defendant's travel is restricted to the continental United States. Defendant is not allowed to leave the continental United States without the permission of his supervising U.S. Pretrial Services Officer.

3. All other bail conditions, and the conditions set forth in the Deferred Prosecution Agreement, shall remain in effect.

Dated:  New York, New York
        July 11, 2025

                                    _____
                                    THE HONORABLE SARAH L. CAVE
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK