UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

NADIM AHMED,

                Defendant.

CASE NO.: 23 Mag. 563 (UA)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Due to a scheduling conflict, the <u>in-person</u> hearing to review compliance with the terms of the Deferred Prosecution Agreement scheduled for January 12, 2026 is **RESCHEDULED** to **January 14, 2026 at 5:00 pm in Courtroom 18A, 500 Pearl Street, New York, NY 10007**.

Dated:      New York, New York
            January 2, 2026

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**