## DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **23 Mag. 563**          Date **Jan. 14, 2026**

USAO No. **2019R01317**

The Government respectfully requests the Court to dismiss without prejudice the

✓   Complaint          Removal Proceedings in

*United States v.*   **Nadim Ahmed**

The Complaint/Rule 40 Affidavit was filed on   **Jan. 23, 2023**

✓   *U.S. Marshals please withdraw warrant*

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

*Emily Deininger*

(print name if signature handwritten)

**SO ORDERED:**

DATE: 1/14/26

UNITED STATES MAGISTRATE JUDGE

Distribution:  Court; U.S. Marshals; Pretrial Services; AUSA                    2020.07.13